# United States District Court

UNITED STATES DISTRICT COURT SOUTHERN  DISTRICT OF  NEW YORK

KARL F. OWEN

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

NO PARKING TODAY, INC.

**08 CIV. 5626**

**BATTS**

TO: (Name and address of defendant)

NO PARKING TODAY, INC.
1228 Southern Boulevard
Bronx, New York 10459

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Firm of
Robert David Goodstein, Esq.
56 HArrison street, Suite 401
New Rochelle, New York 10801

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

JUN 2 3 2008

CLERK                                      DATE

(BY) DEPUTY CLERK

AO... (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]  DATE 6/24/08

NAME OF SERVER (PRINT) RICHARD BLUM    TITLE Process server.

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: NO PARKING TODAY INC. FRANK.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/24/08
Date

Signature of Server

PO Box 342 Yonkers NY 10704
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.