USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2008

**MEMO ENDORSED**

# Marino & Veneziano
ATTORNEYS AT LAW
163 West 71st Street
New York, New York 10023



Amelio P. Marino
Ronald J. Veneziano

(212) 873-7297
(212) 873-7298

Fax: (212) 721-9060
DEBORAH A. BATTS
U.S.D.J.

MEMO ENDORSED

July 27, 2008

To:  Honorable Deborah A. Batts
United States District Court House
WP SDNY
500 Pearl Street
New York, NY 10007

RE:  Karl F. Owen vs. No Parking Today
08civ 5626-(BATTS)

Granted
SO DAB
7/29/08

We represent the defendant "NO Parking Today, Inc." in this matter and we are writing to respectfully request an extension of time until August 20, 2008 to answer and or otherwise respond to the complaint, so that the defendant may fully assess the merits of the complaint and claims made therein, we respectfully request that the defendant be granted until August 20, 2008 to serve its answer or otherwise respond to the complaint.

Please be advised that the plaintiff's counsel has consented to this extension of time.

Respectfully submitted,

Amelio P. Marino

CC: Robert David Goodstein

**SO ORDERED**


Deborah A. Batts
DEBORAH A. BATTS   7/29/2008
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED