UNITED STATES DISTRICT COURT
SOURCE DISTRICT OF NEW YORK

| | |
|---|---|
| KARL F. OWEN,<br>         Plaintiff, | **ANSWER** |
| -against- | 08 CIV 5626-BATTS |
| NO PARKING TODAY, INC.,<br>         Defendant. | |

Denies - Paragraphs #1, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 20.

Denies - Insufficient information to form a belief- paragraph #2, 3, 4, 5, 10, 18, 19

## AFFIRMATIVE DEFENSE

1- Confidential agreement with Wayne show which was violated by Wayne Shaw

### Counter claim

1- a counterclaim against Wayne Shaw for any and all amounts that they may be paid by No Parking Today Inc.

Dated- New York, NY
         August 16, 2008

                                                            Respectfully,

                                                            _____
                                                            Amelio P. Marino