UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARL F. OWEN,   **ANSWER**
    Plaintiff,

 -against-   08 CIV 5626-BATTS

NO PARKING TODAY, INC.,
    Defendant.

  Denies - Paragraphs #1, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 20.

  Denies - Insufficient information to form a belief- paragraph #2, 3, 4, 5, 10, 18, 19

## AFFIRMATIVE DEFENSE

  1- Confidential agreement with Wayne show which was violated by Wayne Shaw

### Counter claim

  1- a counterclaim against Wayne Shaw for any and all amounts that they may be paid by No Parking Today Inc.

Dated- New York, NY
  August 16, 2008

          Respectfully,

          _____
          Amelio P. Marino