UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KARL F. OWEN,                                    **<u>ANSWER</u>**
                    Plaintiff,


        -against-                                08 CIV 5626-BATTS


NO PARKING TODAY, INC.,
                    Defendant.
_____

        Denies - Paragraphs #1, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 20.

        Denies - Insufficient information to form a belief- paragraph #2, 3, 4, 5, 10, 18,
19

                            AFFIRMATIVE DEFENSE

        1- Confidential agreement with Wayne show which was violated by Wayne Shaw

                                Counter claim

        1- a counterclaim against Wayne Shaw for any and all amounts that they may be
paid by No Parking Today Inc.

Dated- New York, NY
        August 16, 2008

                                        Respectfully,


                                        _____
                                        Amelio P. Marino